# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cr-00054-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAMERON BELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Presently before the Court is Defendant Cameron Bell's Motion to Dismiss (ECF No. 30), filed on September 10, 2015. Also before the Court is the Government's Motion to Strike (ECF No. 35), filed on September 14, 2015. Defendant Bell moves to dismiss the indictment on the grounds that there is not personal or subject matter jurisdiction. Although Defendant Bell is represented by counsel, Defendant Bell filed his motion to dismiss *pro se*. The Government moves to strike Defendant Bell's motion to dismiss because Defendant Bell is represented by counsel and has not unequivocally invoked his constitutional right to self-representation. Having reviewed and considered the motions, and for the reasons stated in the Government's motion to strike,

IT IS ORDERED that Defendant Cameron Bell's Motion to Dismiss (ECF No. 30) is DENIED.

IT IS FURTHER ORDERED that the Government's Motion to Strike (ECF No. 35) is GRANTED.

DATED: September 23, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**