# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
            Plaintiff,   )    Case No. 2:15-cr-00054-JCM-CWH
             )
vs.   )    **ORDER**
             )
CAMERON BELL,   )
            Defendant.   )

IT IS ORDERED that the Government's response to Defendant Cameron Bell's Motion to Dismiss (ECF No. 58) is due on or before January 20, 2016.

DATED: January 13, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**