**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAMERON BELL, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:15-cr-00054-JCM-CWH <br><br> **ORDER** |

IT IS ORDERED that the Government's response to Defendant Cameron Bell's Motion to Compel Discovery (ECF No. 69) is due on or before January 25, 2016.

DATED: January 19, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**