# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) Case No. 2:15-cr-00054-JCM-CWH |
| vs. | ) **ORDER** |
| CAMERON BELL, | ) |
|     Defendant. | ) |

IT IS ORDERED that responses to Defendant Cameron Bell's Motion to Dismiss Indictment and Remand Defendant Back to State's Custody Due to Improper Venue and Lack of Subject Matter Jurisdiction (ECF Nos. 94, 95) must be filed by March 21, 2016. Due to the time constraints imposed by the upcoming trial date, which is April 4, 2016, the Court will not entertain replies in support of these motions.

DATED: March 9, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**