# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cr-00054-JCM-CWH |
| vs. | ) | **REPORT & RECOMMENDATION** |
| CAMERON BELL, | ) | |
| Defendant. | ) | |

This matter is before the Court on pro se Defendant Cameron Bell's Motion to Remand (ECF No. 95), filed on March 4, 2016. The Government filed a Response (ECF No. 98) on March 15, 2016. Bell did not file a reply. Trial is set for April 4, 2016.

Defendant's motion to remand is the same document as Defendant's motion to dismiss (ECF No. 94), but because the motion requests two types of relief, i.e., dismissal and remand, the Clerk of Court docketed the motion twice. The Court already entered a report and recommendation (ECF No. 101) addressing all of the arguments in Defendant's motion to dismiss and to remand and recommending that the motion be denied. For the reasons stated in its previous report and recommendation (ECF No. 101), the Court further recommends that the motion to remand be denied.

**IT IS THEREFORE RECOMMENDED** that Defendant Bell's Motion to Remand (ECF No. 95) be **DENIED**.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely

1  objection may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d
2  1153, 1157 (9th Cir. 1991).

4  DATED: March 29, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**