UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-054-JCM-CWH |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **SENTENCING HEARING** |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON BELL, | ) | |
| | ) | |
| Defendant. | ) | |

### **FINDINGS OF FACT**

Based on the pending Motion made by the United States, and good cause appearing therefore, the Court finds that the sentencing hearing in this matter should be continued.

### **ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled sentencing hearing set for October 18, 2016 at the hour of 10:30 a.m., is hereby continued until October 26, 2016, at 10:30 a.m.

DATED October 14, 2016.

_____
UNITED STATES DISTRICT JUDGE