# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                    Plaintiff,              )<br>                                                               )<br>vs.                                                        )<br>                                                               )<br>CAMERON BELL,                               )<br>                                                               )<br>                    Defendant.            )<br>_____) | Case No.  2:15-cr-00054-JCM-CWH<br><br>**ORDER** |

      Presently before the court are Defendant Cameron Bell's motions (ECF Nos. 139, 140) requesting trial and sentencing transcripts, filed on November 14, 2016.  Two days after the motions were filed, the court appointed attorney Chris Arabia to represent Defendant for his appeal.  (Order Appointing Counsel (ECF No. 138).)

      Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Given that Defendant is represented by Mr. Arabia, the court will deny Defendant's motions without prejudice.  Defendant is advised that all filings in his case must be made by his attorney.

      IT IS THEREFORE ORDERED that Defendant Cameron Bell's motions (ECF Nos. 139, 140) requesting trial and sentencing transcripts are DENIED without prejudice.

      DATED: November 30, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**