IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA )  Case No. 2:15-cr-54-JCM-CWH
      Plaintiff, )
       ) **ORDER TEMPORARILY UNSEALING**
  vs. ) **TRANSCRIPT**
CAMERON BELL, )
      Defendant. )
_____ )

On January 20, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Chris Arabia, counsel for defendant, requesting a transcript of the sealed hearings September 22, 2015, and October 14, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Chris Arabia.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 27th day of Jan. 2017.

_____
JAMES C. MAHAN
U.S. District Court Judge