# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, ) Case No. 2:15-cr-00054-JCM-CWH
)
vs. ) **ORDER**
)
CAMERON BELL, )
        Defendant. )
_____)

     Presently before the court is Cameron Bell's letter (ECF No. 159) dated August 28, 2017, in which he requests assistance with ordering a transcript of his plea colloquy and sentencing hearing. Given that Mr. Bell is represented by counsel for the purpose of his appeal, the court will not take any action with respect to Mr. Bell's request. *See* Order Appointing Counsel (ECF No. 138); LR IA 11-6(a) (stating that "[a] party who has appeared by attorney cannot while so represented appear or act in the case").

     IT IS SO ORDERED.

     DATED: September 13, 2017

                                                       _____
                                                        **C.W. Hoffman, Jr.**
                                                        **United States Magistrate Judge**