# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00054-JCM-CWH |
| vs. | **ORDER** |
| CAMERON BELL, | |
| Defendant. | |

Presently before the court is Cameron Bell's document titled "request/order" (ECF No. 166) filed April 23, 2018, which the court construes as a motion. In this motion, Bell requests assistance with obtaining his case file from his attorney and states that he wishes to file a petition under 28 U.S.C. § 2255. Given that Mr. Bell is represented by counsel, the court will not take any action with respect to Mr. Bell's request. *See* Order Appointing Counsel (ECF No. 138); LR IA 11-6(a) (stating that "[a] party who has appeared by attorney cannot while so represented appear or act in the case").

IT IS THEREFORE ORDERED that Cameron Bell's motion (ECF No. 166) is DENIED.

DATED: May 1, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**