# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00054-JCM-CWH |
| vs. | ) | **ORDER** |
| CAMERON BELL, | ) | |
| Defendant. | ) | |

Presently before the court is Cameron Bell's application to proceed *in forma pauperis* (ECF No. 168), filed on July 17, 2018.

Also before the court is Bell's ex parte motion to produce file and *Brady* materials (ECF No. 169), filed on July 17, 2018.

Based on Bell's motions, it is the court's understanding that Bell may be preparing to file a petition for post-conviction relief under 28 U.S.C. § 2255. Given that the court does not charge a filing fee for a § 2255 petition, Bell's application to proceed *in forma* is unnecessary and will be denied as moot. As for Bell's motion requesting documents from his criminal case, Bell is advised to contact attorney Chris Arabia for assistance obtaining his file.

IT IS THEREFORE ORDERED that Cameron Bell's application to proceed *in forma pauperis* (ECF No. 168) is DENIED as moot.

IT IS FURTHER ORDERED that Cameron Bell's ex parte motion to produce file and *Brady* material (ECF No. 169) is DENIED.

DATED: July 20, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**