UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-54 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| CAMERON BELL, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Bell*, case number 2:15-cr-00054-JCM-CWH.

On August 20, 2018, petitioner Cameron Bell filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 171). The government has not filed a response.

Briefing shall proceed as follows: the government has fourteen (14) days from the date of this order to file a response. Thereafter, petitioner has seven (7) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 171) no later than fourteen (14) days from the date of this order. Petitioner shall file a reply within seven (7) days thereafter.

DATED November 15, 2018.

_____
UNITED STATES DISTRICT JUDGE