**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00054-JCM-CWH |
| vs. ) | **REPORT & RECOMMENDATION** |
| CAMERON BELL, ) | |
| Defendant. ) | |

Presently before the court is Cameron Bell's Motion for Grand Jury Minutes, Transcripts, Impanelment, and Extensions of Service Dates Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii) (ECF No. 175), filed on November 26, 2018.

Mr. Bell was convicted on count one of the indictment for the offense of felon in possession of a firearm, and he was sentenced on October 26, 2016. (Mins. of Proceedings (ECF No. 132); J. (ECF No. 133).) The judgment was affirmed on appeal. (Memo. of USCA (ECF No. 162); Mandate (ECF No. 163); Order on Mandate (ECF No. 165).) Mr. Bell filed a petition for post-conviction relief under 28 U.S.C. § 2255, which is pending before the United States district judge assigned to this case. (Mot. to Vacate, Set Aside, or Correct Sentence (ECF No. 171).)

Mr. Bell now moves for disclosure of the grand jury transcripts from the underlying criminal matter, arguing that there is grounds to dismiss the indictment. The court construes this motion as a motion to dismiss. Given that Mr. Bell already was convicted of the underlying offense, the motion is untimely. The court therefore will recommend that the motion be denied on that basis.

///

///

Accordingly, IT IS RECOMMENDED that Cameron Bell's Motion for Grand Jury Minutes, Transcripts, Impanelment, and Extensions of Service Dates Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii) (ECF No. 175) be DENIED.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 3, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**