# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

Cameron Bell

Defendant.

JUDGMENT

Case Number: 2:15-cr-00054-JCM-CWH-1

(Related case: 2:18-cv-01572-JCM)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of United States of America and against Cameron Bell.  IT IS FURTHER ORDERED no certificate of appealability shall be issued.

| | |
|---|---|
| 1/21/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |