# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAMERON BELL,<br><br>　　　　Defendant. | CASE NO.: 2:15-cr-00054-JCM-CWH<br><br>**ORDER** |

　　　Presently before the court is the matter of *United States of America v. Bell et al.*, case no. 2:15-cr-00054-JCM-CWH-1. Petitioner Cameron Bell ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 197). The court has examined the petition and finds that further briefing is appropriate. The United States of America ("respondent") shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 197) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

　　　IT IS SO ORDERED.

. . .

. . .

. . .

. . .

1     The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-00347-JCM.

DATED: February 26, 2020.

                                                    /s/ James C. Mahan
                                                    JAMES C. MAHAN
                                                    UNITED STATES DISTRICT JUDGE