# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

CAMERON BELL

                Defendant.

JUDGMENT

Case Number: 2:15-CR-0054-JCM(CWH)

(Related case: 2:20-cv-00347-JCM )

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Dismissing without prejudice, the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States.

6/22/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk