NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd., S., Ste 1100
702-388-6336
adam.flake@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No  2:15-cr-54-JCM |
| | ) | |
| Plaintiff, | ) | **Stipulation to Extend Time for** |
| | ) | **Government's Response to Defendant's** |
| vs. | ) | **Compassionate Release Motion, ECF** |
| | ) | **No. 207.** |
| CAMERON BELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Adam Flake, counsel for the United States of America; and Lisa Rasmussen, Esq., counsel for Cameron Bell, that the government's response to Bell's compassionate release motion (ECF No. 207) be extended by 7 days, to and including January 6, 2021.

This stipulation is entered into for the following reasons:

1.      Bell filed his compassionate release motion on December 23, 2020.

2.      Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on December 30, 2020.

3.      Bell has indicated to government counsel that he may file supplemental documents in support of his motion within the next week.

4.      Government counsel handling this matter, who was assigned to prepare the government's response today, will be out of the office part of this, and will need time to review Bell's motion and records, and prepare and file the government's response.

5.      Bell's counsel consents to this extension of time.

DATED this 28th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By:   *s/ Lisa Rasmussen*
      LISA RASMUSSEN
      *Counsel for Cameron Bell*

By:   *s/ Adam Flake*
      ADAM FLAKE
      Assistant United States Attorney
      *Counsel for the United States*

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No  2:15-cr-54-JCM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAMERON BELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's compassionate release motion (ECF No. 207) be due on January 6, 2021.

DATED January 4, 2021.

_____
UNITED STATES DISTRICT JUDGE

3