RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Cameron Bell

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMERON BELL,<br><br>          Defendant. | Case No. 2:15-cr-00054-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Cameron Bell, that the Revocation Hearing currently scheduled on May 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1.     Defense counsel and United States Probation Officer Zachary Warner will be out of the jurisdiction on the currently scheduled hearing date.

2.     The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ *Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMERON BELL,<br><br>        Defendant. | Case No. 2:15-cr-00054-JCM-CWH<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 31, 2024 at 10:30 a.m., be vacated and continued to **June 14, 2024, at 10:30 a.m.**; or to a time and date convenient to the court.

    DATED May 24, 2024.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE