RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Cameron Bell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00054-GMN-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| CAMERON BELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Cameron Bell, that the Revocation Hearing currently scheduled on March 27, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel entered his notice of appearance on March 13, 2026, and he was unable to secure a visit with Mr. Bell until March 19, 2026. That left insufficient time for defense counsel to prepare for the revocation hearing set for March 27, 2026.

2.      Defense counsel requires additional time to investigate the allegations in this case and to determine whether this case may be resolved through negotiations.

3.      In addition, defense counsel plans to be on leave the last two weeks of April.

4.      The defendant is in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of March, 2026.

RENE L. VALLADARES                     TODD BLANCHE
Federal Public Defender                     Deputy Attorney General


By /s/ Rick Mula                              By /s/ Melinda Brewer
RICK MULA                                     MELINDA BREWER
Assistant Federal Public Defender            Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00054-GMN-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| CAMERON BELL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 27, 2026 at 10:00 a.m., be vacated and continued to __June 5, 2026__ at the hour of 10:30 a.m.

DATED this _23_ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3