RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Cameron Bell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00054-GMN-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| CAMERON BELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Cameron Bell, that the Revocation Hearing currently scheduled on June 5, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel has been meeting regularly with Mr. Bell to discuss his case.

2.    Mr. Bell has requested additional time to consider the options available to him.

3.    The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 27th day of May, 2026.


RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Acting Attorney General


By */s/ Rick Mula*                      By */s/ Melinda Brewer*
RICK MULA                               MELINDA BREWER
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00054-GMN-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| CAMERON BELL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 5, 2026 at 10:30 a.m., be vacated and continued to  July 7, 2026  at the hour of 9:00 a.m.

DATED this  29  day of May, 2026.

_____

UNITED STATES DISTRICT JUDGE

3